NUMBER 13-05-382-CV

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

 

                                         IN RE: STEPHEN PINE

 

                                 On Petition
for Writ of Mandamus

 

                               MEMORANDUM
OPINION                                    

 

                          Before
Justices Yañez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

Relator,
Stephen Pine, filed a petition for writ of mandamus in the above cause on June
17, 2005.  Relator=s petition for writ of mandamus asks this Court to
order the Respondent, the Honorable Menton Murray, Jr., Presiding Judge of the
103rd Judicial District Court of Cameron County, to vacate the June 8, 2005
order denying petitioner=s first amended motion to require execution of HIPPA
compliant release form and motion to compel discovery and to issue an order
granting the motion.








The Court, having examined and fully considered
the petition for writ of mandamus, is of the opinion that relator has not shown
himself entitled to the relief sought and the petition for writ of mandamus
should be denied.  See Tex. R. App. P. 52.8.  Accordingly, 

the petition for writ of mandamus is DENIED. 

 

PER CURIAM

 

 

Memorandum
Opinion delivered 

and filed this
the 23rd day of June, 2005.